IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  **Alexander Hooker, Jr.**    )    Chapter 13
       **Debtor**    )
           )    No. 20-10378-AMC
           )
           )

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                          /s/David M. Offen
                                          David M. Offen
                                          Attorney for Debtor(s)

**Date:6/5/20**